# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARIEL FALCON, <br> **Plaintiff** | : <br> : <br> : | CIVIL ACTION NO. <br> 3:99CV 1502 (SRU) |
| VS. | : <br> : | |
| CYNTHIA M. EGAN, ET AL., <br> **Defendants** | : | OCTOBER 24, 2003 |

FILED 2003 OCT 27 P 12: 52
US DISTRICT COURT
BRIDGEPORT CT

## MOTION TO DISMISS

Pursuant to Fed.R.Civ.Pro. 12(b)(1) and 12(b)(6) and D.Conn. L.Civ.R. 7, defendants, Cynthia M. Egan, President, Dorothy Lombardi, Steward, Virginia Stefanko, Steward, Leonard J. LaLuna, Staff Representative, Jeffrey Mockler, Staff Representative, Kelly Cashman, Staff Representative, Robert D. Coffey and Frank Rocco [hereinafter collectively referred to as the "individual Union defendants"], AFSCME, Council 4, AFL-CIO [hereinafter "Council 4"] and the Connecticut Judicial Employees Union, Local 749 [hereinafter "Local 749"] hereby move to dismiss the instant action as against them on the following grounds:

1. This Court lacks jurisdiction over the plaintiff's claimed breach of the duty of fair representation against Council 4 and Local 749, because any cause of action brought by the plaintiff, a former state employee, against such defendants must arise out of Conn. Gen. Stat. § 5-271(d), and the plaintiff alleges no federal question or other basis for jurisdiction as against these defendants;

2. Even if this Court had jurisdiction to consider the plaintiff's claimed breach of the duty of fair representation, the plaintiff has failed to allege facts to state such a claim;

3. There exists a shield of immunity for union officials, such as the individual Union defendants, who are sued in their individual capacities.

A memorandum of law in support hereof is attached hereto.

          DEFENDANTS AFSCME, COUNCIL 4 AFL-CIO; CONNECTICUT JUDICIAL EMPLOYEES UNION, LOCAL 749, CYNTHIA M. EGAN, PRESIDENT, DOROTHY LOMBARDI, STEWARD, VIRGINIA STEFANKO, STEWARD, LEONARD J. LALUNA, STAFF REPRESENTATIVE, JEFFREY MOCKLER, STAFF REPRESENTATIVE, KELLY CASHMAN, STAFF REPRESENTATIVE, ROBERT D. COFFEY AND FRANK ROCCO

By _____
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on October 24, 2003, to all counsel and pro se parties of record, as set forth below:

Ariel Falcon
11 Bassett Street, Unit 15c
West Haven, CT 06516

AAG Maite Barainca
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
J. William Gagne, Jr.