UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 FEB 12 P 4: 26

ARIEL FALCON

v                                                        3:99cv1502 (SRU)

AARON MENT, ROBERT LEUBA,
ROBERT D. COFFEY, JON T. KEEGAN,
GEORGE DOMBRONSKI, JOHN
MAXWELL, KAREN BERRIS, MARTIN LIBBIN.
CYNTHIA EGAN, DOROTHY LOMBARDI,
VIRGINIA STEFANKO, LEONARD J.
LALUNA, JEFFERY MOCLER, KELLY CASHMAN,
CONNECTICUT COUNCIL 4AFSMCE UNION,
FRANK ROCCO, CT JUDICIAL EMPLOYEE
UNION LOCAL 749, WILLIAM RISLEY

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of the defendants' motion for summary judgment and motion to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motions and oral argument was held on February 9, 2004 granting the defendants' motion for summary judgment and motion to dismiss.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 12th day of February, 2004.

Kevin F. Rowe, Clerk

By _Alice Montz_
Deputy Clerk

Entered on Docket _____